# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **CONNIE FIELDS UPSON,** *Plaintiff* | § § § |
| **v.** | § § Case No. 1:24-CV-00173-DII |
| **TEXAS DEPARTMENT OF CRIMINAL JUSTICE and CASSANDRA L. PILLOW (BARTEE),** *Defendants* | § § § § § § |

# **O R D E R**

Defendants removed this case to federal court on February 20, 2024. Dkt. 1. Contrary to this Court's local rules, the parties have not yet submitted a joint proposed scheduling order. *See* W.D. Tex. Loc. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

Accordingly, **IT IS ORDERED** that the parties consult the website for the United States District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and submit a joint proposed scheduling order using District Judge Robert Pitman's form on or before **May 13, 2024**.

**SIGNED** on April 29, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE